BLD-166        UNITED STATES COURT OF APPEALS
                   FOR THE THIRD CIRCUIT
                   _____

                      No. 21-3127
                   _____

                    ROSCOE BROWN,
                              Appellant

                          v.

CORRECTIONAL OFFICER SMITH; CORRECTIONAL OFFICER SEEINGER;
CORRECTIONAL OFFICER D'HAPPART; LIEUTENANT FAIT; JOHN E. WETZEL,
Secretary of Corrections; DR. JOSE BOGGIO; DANIEL STROUP, Physician Assistant
_____

        On Appeal from the United States District Court
           for the Western District of Pennsylvania
               (D.C. Civil Action No. 1:18-cv-00193)
           District Judge: Honorable Richard A. Lanzillo
_____

   Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B) or
      Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
                          June 2, 2022
          Before: MCKEE, GREENAWAY, Jr., and PORTER, Circuit Judges
                   _____

                    **JUDGMENT**
                   _____

   This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) and for possible summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on June 2, 2022. On consideration whereof, it is now hereby
   ORDERED and ADJUDGED by this Court that the judgment of the District Court entered September 27, 2021 be and the same hereby is affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: July 1, 2022