BLD-166   UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-3127
_____

ROSCOE BROWN,
    Appellant

v.

CORRECTIONAL OFFICER SMITH; CORRECTIONAL OFFICER SEEINGER; CORRECTIONAL OFFICER D'HAPPART; LIEUTENANT FAIT; JOHN E. WETZEL, Secretary of Corrections; DR. JOSE BOGGIO; DANIEL STROUP, Physician Assistant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 1:18-cv-00193)
District Judge: Honorable Richard A. Lanzillo

_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B) or
Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
June 2, 2022
Before: MCKEE, GREENAWAY, Jr., and PORTER, Circuit Judges

_____

**JUDGMENT**
_____

    This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) and for possible summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on June 2, 2022.  On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the judgment of the District Court entered September 27, 2021 be and the same hereby is affirmed.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: July 1, 2022

Certified as a true copy and issued in lieu
of a formal mandate on   July 25, 2022

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit